UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA S.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>　　　　　　　　　　　　Defendant. | Case No.: 21-cv-01248-AJB-MDD<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION; and**<br><br>**(2) AFFIRMING THE COMMISSIONER OF SOCIAL SECURITY'S DECISION**<br><br>**(Doc. Nos. 17, 18)** |

　　　　Presently before the Court is the parties' Joint Motion for Judicial Review of Plaintiff Sandra S.'s ("Plaintiff") request that the Court review the Commissioner's denial of her claim for disability benefits. (Doc. No. 17.) The Court referred the matter to Magistrate Judge Mitchell D. Dembin for a Report and Recommendation ("R&R"). The R&R recommends that the decision of the Commissioner of Social Security be affirmed

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021 and is therefore substituted for Andrew Saul as Defendant. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

1

and this action be dismissed. (Doc. No. 18 at 19.) The parties were instructed to file written objections to the R&R by August 26, 2022. (*Id.*)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's R&R. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Neither party filed objections to the R&R. Having reviewed the R&R, the Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Dembin's R&R, (Doc. No. 18); (2) **AFFIRMS** the decision of the Commissioner of Social Security. The Court Clerk is instructed to close the case.

**IT IS SO ORDERED.**

Dated: September 10, 2022

Hon. Anthony J. Battaglia
United States District Judge

21-cv-01248-AJB-MDD